FILED

Name: __ BRIGETTE MICHELLE HUIT/BROWNBEY __

Address: 1104 ½ WEST 105TH STREET __

LOS ANGELES CALIFORNIA 90044 __

3239795277 __

Phone: __ [illegible] __

Fax: _____

In Pro Per

2021 JUL -9 PM 1:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____KMH_____

related DDJ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIGETTE MICHELLE HUIT/BROWNBEY

Plaintiff

v.

FRANK TREVINO ET AL

Defendant(s).

CASE NUMBER:

2:21-CV-05578-PA-JEM

To be supplied by the C
The United States Distr

THREE JUDGE COURT
Jury Trial

CIVIL RIGHTS COMPLAINT PURSUANT TO
TITLE 18 U.S.C. SECTION 241-242,

1.  JURISDICTION

THIS COURT HAS JURISDICTION UNDER 23 U.S.C'
SECTION 1331 AND 28 U.S.C. SECTION 1343
FEDERAL QUESTION JURISDICTION ARISES PURSUANT TO
TITLE 18 U.S.C. SECTION 241 - 242

2. VENUE

VENUE IS PROPER PURSUANT TO 28 U.S.C. SECTION 1391
BECAUSE MORE THAN 50 % OF PARTIES TO THIS
COMPLAINT RESIDE IN THE CENTERAL DISTRICT.

CV-126 (09/09)      **PLEADING PAGE FOR A COMPLAINT**

1

## 3. PARTIES

PLANITIFF: BRIGETTE MICHELLE HUIT / BROWNBEY RESIDES AT 1104 ½ WEST 105TH STREET LOS ANGELES CALIFORNIA 90044. BORN AND RAISED AN AMERICAN CITIZEN, I AM A SINGLE PARENT ON GOVERNMENT ASSISTANCE, RECEIVING SOCIAL SECURITY SUPPLEMENTAL INCOME FOR MYSELF, HEALTHY FAMILIES FOR MY YOUNGEST CHILD AND GRANDCHILDREN, OUR HOUSING IS THROUGH THE SECTION 8 PROGRAM.

## 4. DEFENDANT(S)

DEFENDANT: CREATE, LOCATED AND BASED ON THE UNIVERSITY OF SOUTHERN CALIFORNIA CAMPUS (USC) LOCATED IN THE VITERBI SCHOOL OF ENGINEERING AT 3650 McCLINTOCK AVENUE LOS ANGELES CALIFORNIA 90089.

DEFENDANT'S TITLE OR POSITION IS EMPLOYEE / STUDENTS. THIE DEFENDANTS IS SUED IN BOTH HIS / HER INDIVIDUAL AND OFFICIAL CAPACITY.

THE DEFENDANTS WAS ACTING UNDER COLOR OF LAW BECAUSE CREATE JOHN / JANE DOE(S) PARTICIPATED IN THE VIOLATION OF MY CIVIL RIGHTS IN THE FORM OF DOMESTIC TERRORISM 24 – HOURS, SEVEN DAYS A WEEK FOR YEARS.

DEFENDANT: SECURITY INDUSTRY SPECIALIST, LOCATED AT

6071 BRISTOL PARKWAY CULVER CITY CALIFORNIA 90230.

DEFENDANT'S TITLE OR POSITION IS SECURITY SPECIALISTS.

THE DEFENDANTS IS SUED IN BOTH HIS / HER INDIVIDUAL AND OFFICIAL CAPACITY.

THE DEFENDANT WAS ACTING UNDER COLOR OF LAW BECAUSE SECURITY INDUSTRY SPECIALIST INC, PARTICIPATED IN THE VIOLATION OF MY CIVIL RIGHTS IN THE FORM OF DOMESTIC TERRORISM 24-HOURS, SEVEN DAYS FOR YEARS.

DEFENDANT: FRANK TREVINO, EX-POLICE SERGEANT, NOW EMPLOYED BY CREATE, LOCATED ON THE UNIVERSITY OF SOUTHERN CALIFORNIA CAMPUS AT 3650 MC CLINTOCK AVENUE LOS ANGELES CALIFORNIA 90089 AND EMPLOYED BY SECURITY INDUSTRY SPECIALIST INC LOCATED AT 6701 BRISTOL PARKWAY CULVER CITY CALIFORNIA 90230.

DEFENDANT'S TITLE OR POSITION IS SERGEANT OF CREATE AND SECURITY SPECIALIST SERGEANT.

THE DEFENDANT IS SUED IN BOTH HIS INDIVIDUAL AND OFFICIAL CAPACITY.

THE DEFENDANT WAS ACTING UNDER COLOR OF LAW BECAUSE FRANK TREVINO SOLICITATED AND CONSPIRED

WITH BOTH HIS PRESENT EMPLOYERS, EMPLOYEES, CO-WORKERS AND STREET GANG

MEMBERS TO PARTICIPATE IN THE VIOLATION OF MY CIVIL

RIGHTS IN THE FORM OF DOMESTIC TERRORISM AGAINST

ME 24-HOURS, SEVEN DAYS FOR YEARS.

## STATEMENT OF FACTS

PARAGRAPH #1    2015 APRIL, LATE SATURDAY AFTER THE CLOSE OF BUSINESS FOR THE LOCAL POST OFFICE, I PLACED A COMPLAINT AGAINST FRANK TREVINO IN MY RESIDENTIAL MAIL, THE FOLLOWING MONDAY I RECEIVED AN DENIAL TO THAT COMPLAINT IN MY RESIDENTIAL MAIL, ONE WEEK LATER THE DOMESTIC TERRORISM IN THE FORMS OF STALKING / HARASSMENT, SURVEILLANCE, CONTAMINATIONS, ILLNESS, CYBER CRIMES, MAIL, FINANCE AND UTILITY TAMPERING, BREAKING AND ENTERING AND PROPERTY DESTRUCTION BEGAN. I WAS INFORMED BY NEWTON POLICE DEPARTMENT OF TREVINO'S TERMINATION, I LOGGED INTO MY LINKEDIN ACCOUNT SEARCHED FRANK TREVINO, HIS PHOTO APPEARED THE RESUME READ HE IS EMPLOYED BY CREATE AND SECURITY INDUSTRY SPECIALIST INC, THERE I SAW THE PHOTO OF THE WOMAN I HAVE SEEN TRACKING ME ON SEVERAL OCASSIONS THE CAPTION READ SUPERVISOR.  THE SAME MONTH I DISCOVERED A PROGRAM ON MY PERSONAL LAPTOP RE-DIRECTING ALL INCOMING AND OUTGOING COMMUNICATIONS TO A PROGRAM WITH THE LAST THREE CHARACTERS OF FTC, MY FAMILY AND I STARTED BECOMING ILL SOON AFTER EATTING AND / OR DRINKING IN OUR HOME, WE WAKE MORNING WITH ABDOMEN ISSUES, VOMITING, HEADACHES AND WEAKNESS, I STARTED LOSING MY HAIR LONG STRANDS AT A TIME MORE AND MORE EACH DAY, TODAY I AM COMPLETELY BALD, I WOULD PUT MY HAIR TO THE SIDE IN ORDER TO TAKE BACK TO MY DOCTOR, BY MORNING MY HAIR WOULD BE GONE, DOCTORS HAVE YET TO FIND THE CAUSE BUT WE HAVE BEEN REFUSED HEAVY METAL TESTING FOR YEARS.

PARAGRAPH #2 EXHIBIT #1-2    2015 WHILE DRIVING THE STREETS AND FREEWAYS OF LOS ANGELES CALIFORNIA FRANK TREVINO WOULD PULL ALONG SIDE OF MY VEHICLE GLARE AT ME THEN SPEED     AND / OR PURSUE ME IF I ATTEMPTED TO GET AWAY FROM HIM, I BEGAN TO NOTICE

1. I WAS BEING FOLLOWED, TRACKED AND REPORTED BACK ON BY A NUMBER OF INDIVDUALS
2. FROM CREATE AND SECURITY INDUSTRY SPECIALIST INC. 2015 MAY MOTHER'S DAY 530AM
3. TREVINO CHASED ME IN HOT PURSUIT ACROSS THREE LOS ANGELES FREEWAYS UNTIL THE
4. BREAK OF DAWN, WE MADE EYE CONTACT HE ENDED HIS PURSUIT ONLY TO HAVE SAID
5. PARTIES CONTINUE TO TRACK ME, EXHIBITS #3-5  JUNE  AT THE LOCAL MEAT MARKET A
6. YOUNG WOMAN REPORTED BACK INTO HER CELLPHONE THE ORDER I PLACED WHEN
7. I TURNED TO SEE WHOM HAD REPEATED MY ORDER SHE LOWERED HER HEAD, TWO DAYS
8. PASSED I REMOVED THE ORDER FROM MY GARAGE DEEP FREEZER, ONCE DEFORSTED THE
9. MEAT WAS HORRID, DARK IN COLOR, SLIMY AND SMELLED LIKE DEATH,  I DISCOVERED
10. AND PHYSICALLY HELD SURVEILLANCE EQUIPMENT FOUND IN OUR HOME HEATING
11. SYSTEM AT THE EXACT SAME TIME THE TEN PLUS CHILDREN IN MY KITCHEN WERE
12. FINDING NEEDLE SIZED PUNCTURE HOLES IN THE WRAPPINGS OF THE FOOD THEY WERE
13. ABOUT TO EAT, WITNESSES WILLING TO TESTIFY. I DROVE PAST THE UNIVERSITY OF SOUTHERN CALIFORNIA OBSERVED AN LARGE WHITE FLATBED TRUCK EXIT THE PARKING AREA,
14. MALE DRIVER FEMALE PASSENGER THEY BEGAN TO FOLLOW ME, IT WAS NOT UNTIL I
15. ATTEMPTED TO TAKE THEIR PHOTO DID THE TWO RUSH TO PUT ON DARK SHADES AND
16. REMOVE THEIR HEADGEAR, I ALSO DISCOVERED MICROPHONES IN MY HOME STEREO SYSTEM
17. SPEAKERS AND SURVEILLANCE OUTSIDE OUR HOME 24 HOURS A DAY 7 DAYS A WEEK.
18. 2015 JULY 5 EXHIBIT #6  DISCOVERED JOHN DOES ON LOCATION OPERATIVES IN ATTIC OF
19. HOME BY LIFTING THE CEILING OF MY BEDROOM CLOSET WITH THE BROOM HANDLE,
20. FOUND PATHWAYS OF WOOD PLANKS LEADING TO MY YOUNGEST DAUGHTER AND MY
21. BEDROOM CLOSETS. CARSON SHERIFF'S STATION REFUSED TO RESPOND NOR WOULD THEY
22. ALLOW ME TO FILE A REPORT.      2015 JULY 6 EXHIBIT #7   FLED THE STATE OF CALIFORNIA,
23. WE WERE FOLLOWED TO THE TEXAS   BOARDER, I WAS PULLED IN FOR THEM TO SEARCH MY VEHICLE.
24. WE WERE TRACKED INTO THE  STATE OF TEXAS AND SUFFERED THE EXACT SAME ISSUE AS WE HAD
25. IN CALIFORNIA. MY FAMILY     AND I HAVE SUFFERED AN ENDLESS BARAGE OF EMOTIONAL,
26. PSYCHOLOGICAL AND MENTAL  DISTRESS AS WELL AS PHSYICAL ABUSE BROUGHT ON BY THIS
27. CAMPAIGN OF DOMESTIC    TERRORISM AT THE HANDS OF THE PARTIES COURSE OF ACTION.
28.

2015 FEBUARY SMALL FIRE BROKE OUT IN THE HOTWATER HEATER AREA LOCATED IN THE GARAGE BETWEEN MY NEIGHBOR AND MY TOWNHOME, I WAS TOLD THE CAUSE OF FIRE WAS DUE TO A CLOGGED FILTER IN MY UPSTAIRS HOME HEATING SYSTEM, NO DAMAGE DONE TO EITHER PROPERTY YET THE ENTIRE ROW OF NEIGHBORS WERE FORCED TO RELOCATE, EXCEPT MY FAMILY WHICH CAUSED HEAVY TENSION WITH THE EXITING NEIGHBORS, MY CHILDREN WERE ATTACKED. MAJOR CONSTRUCTION BEGAN INSIDE EMPTY TOWNHOMES, OUR HEATING SYSTEM RECEIVED REPAIRS BUT DID NOT BLOW HEAT, THAT SAME MONTH WE STARTED EXPERINCING STRANGE SMELLS, SOUNDS AND SEEING WHAT WE THOUGHT WERE SHADOWS. JANUARY OF THE SAME YEAR I DISCUSSED MY INTEREST IN WANTING TO FILE A COMPLAINT DUE TO MY DISPLEASURE WITH FRANK TREVINO LYING ON ME AND PUTTING MY FAMILY AND I IN DANGER. 2016 I RETURNED TO CALIFORNIA, CONTINUED TO SEEK RELIEF, FILED SEVERAL COMPLAINTS THROUGH 2016   2017 I WAS TOLD BY LOS ANGELES GANG MEMBERS TREVINO DEMANDED THEY MURDER ME.

PARAGRAPG #3   2019 SEPTEMBER, JULY, JUNE WITH THE USE OF A PIANOGIC ANTI-SPY HIDDEN CAMERA SIGNAL DETECTOR GSM DEVICE FINDER, WIRELESS CAMERA LENS DETECTOR, RADIO WAVE SIGNAL DETECT MINI CAMERA FULL RANGE WI-FI DETECTOR AND NIDS ACE RAPID PESTICIDE TESTS ALONG WITH HEALTH METRIC HEAVY METAL TEST KITS I RECORDED LIVE VIDEO AS I DISCOVERED SURVEILLANCE EQUIPMENT IN PRIVATE AREAS OF OUR HOME BEDROOMS, BATHROOMS AS WELL AS IN GENERAL AREAS AND CONTAMINANTS IN ITEMS WE USE DAILY FOODS AND MEDICATIONS,

I FILED SEVERAL COMPLAINTS IN CALIFORNIA FEDERAL COURT CENTRAL DISTRICT ALONG WITH FEE WAIVER, RECEIVED DISMISSALS OF COMPLAINTS FROM COURTS IN RESDENTIAL MAIL IN TWO DAYS AFTER FILING, 2019 AUGUST 9 FILED COMPLAINT WITH CITIZEN COMPLAINT OFFICE, 2018 JUNE 21 FILED COMPLAINT WITH LOS ANGELES POLICE MIS CONDUCY OFFICE NO RELIEF, 2018 DECEMBER 18 FRIDAY I WALKED MY COMPLAINT INTO ATTORNEY GENERAL'S OFFICE AT THE CLOSE OF DAY, 2018 DECEMBER 20 SUNDAY DENIAL FROM ATTORNEY GENERAL'S OFFICE IN RESIDENTIAL MAIL.

PARAGRAPH #4 EXHIBIT #8 THE EXHIBITS ARE MY TESTIMONY OF EVENTS THAT TOOK PLACE PERTAINING TO THIS COMPLAINT, EXHAUSTED REMEDIES, A LIST OF REPRESENTATIVES WHOSE OFFICE I VISITED PERSONALLY AND COULD NOT OBTAIN ANY ASSISTANCE OR RELIEF, A RECORD OF THE YEARS OF TERROR WE HAVE ENDURED AND SUFFERED AND CYBER CRIMES. I BEGAN TO CHRONO DAILY BECAUSE I WAS AFRAID THE PARTIES NAMED IN THIS COMPLAINT WOULD MURDER ME BEFORE I COULD FIND HELP.

PARAGRAPH #5   SECURITY INDUSTRY SPECIALIST INC PROVIDES SECURITY SOLUTIONS, ONE ON ONE SECURITY PROTECTION AND / OR ELABORATE TRACKING AND MONTORING SYSTEMS FOR FORTUNE 500 COMPANIES, ENTERTAINMENT EXECUTIVES AND ANY OTHER VENUE NEEDING SECURITY, THE PRIMARY DUTIES CONSISTS OF INVESTIGATING AND SURVEILLANCE SUPPORT THEIR BUSINESS SOLGAN IS "WE MEET CHALLENGES USING SOPHISCATED ELECTRONICS AND ON LOCATION OPERATIVES TO MONITOR", CREATE CENTER FOR RISK AND ECONOMIC ANALYSIS OF TERRORISM EVENTS, BASED ON THE CAMPUS OF THE UNIVERSITY OF SOUTHERN CALIFORNIA FUNDED BY (DHS) THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IT IS AN INTERDISPLINARY NATIONAL RESEARCH CENTER, ITS FOCUS IS ON RISK AND ECONOMIC THREATS AND VULNERBILITIES THAT POSE A THREAT TO OUR NATIONAL SECURITY.  NO ONE IN MY FAMILY MEETS OR FITS THE CRITERIA FOR SAID PARTIES TO HAVE UNDER THIS TYPE OF SURVEILLANCE, COINTELPRO OR DOMESTIC TERROR PROTOCOL. FRANK TREVINO EX-SERGEANT, TERMINATED FOR HIS ACTIONS DURING ARRESTS WHILE UNDER COLOR OF LAW, PRESENTLY EMPLOYED BY CREATE AND SECURITY INDUSTRY SPECIALIST INC, TREVIINO IS THE ONLY CONNECTION WITH SAID PARTIES.

PARAGRAPH #6 2003 AUGUST WHILE RESIDING AT 158 EAST MARTIN LUTHER KING BLVD LOS ANGELES CALIFORNIA 90011, I WAS PLACED UNDER ARREST IN MY RESIDENCE AFTER A NO WARRANT SEARCH BY FRANK TREVINO WHO WAS THEN EMPLOYED BY HARBOR COMMUNITY POLICE STATION HARBOR CITY CALIFORNIA 90731, THE ARREST RESULTED IN AN CONVICTION CASE # BA252389, ACCORDING TO COURT DOCUMENTS TREVINO COULD NOT GIVE THE COURTS AN EXPLANATION AS TO WHY HE WAS OUT OF HIS STATION BOUNDRIES

INSIDE MY RESIDENCE. DURING THE ARREST TREVINO ATTEMPTED TO COERCE, INTIMIDATE AND THREATEN ME INTO BECOMING AN INFORMANT FOR HIM, I HAD HIM EXPLAIN IN DETAIL HOW THE INFORMANT BUSINESS IS CONDUCTED, WITH THAT INFORMATION I BAILED OUT OF JAIL, RETURNED TO MY NEIGHBORHOOD NOT COMPLYING WITH TREVINO'S WISHES, ONE WEEK LATER TREVINO MALICIOUSLY SLANDERED MY NAME BY FALSELY STATING TO LOS ANGELES GANG MEMBERS AND CIRCULATING FALSE PAPERWORK THAT I HAD ASSISTED HIM IN THE ARREST OF AN LOS ANGELES GANG MEMBER WHOM WAS LATER CONVICTED OF MURDER, TREVINO LIES INSTANTLY PUT MY FAMILY AND I IN DANGER, THERE WERE INSTANT ATTACKS MADE AGAINST ME. FRANK TREVINO HAS APPEARED AT EVERY POLICE ENCOUNTER I HAVE HAD, STARTING BEFORE THE 2003 ARREST, I BELIEVE THIS STEMS FROM MY FIRST CONVICTION IN 1981, CASE # 371729 I WAS 16 YEARS OF AGE. EVERY VENTURE WEITHER ITS EMPLOYMENT OR HOUSE HUNTING EVERY BUSINESS VENTURE IS HAMPERED AND TAMPERED WITH BY SAID PARTIES. I HAVE BEEN TESTED FOR HEAVY DRUGS NOT HEAVY METALS PLACED UNDER NUMEROUS INVESTIGATIONS, AND HAD CASES FILED AGAINST ME IN CHILDREN COURT FOR MY ATTEMPTS AT SEEKING RELIEF.

FOR YEARS I HAVE SUBJECTED MY FAMILY TO VERY LIMITED IF ANY AT ALL COMMUNICATIONS BECAUSE I HAVE FOUND IF WE VISIT OR SPEAK WITH ONE ANOTHER TO OFTEN THEY BEGIN TO SUFFER WHAT THEY CALL BAD LUCK BUT I NOW KNOW TO BE AS TAMPERING, IF WE FREQUENT A BUSINESS FOR NO APPARENT REASON THEIR ATTITUDES BECOME NEGATIVE TOWARD MY FAMILY AND I.

2021 MY FAMILY AND I CONTINUE TO SUFFER ILLNESS, TINGLING AND NUMBNESS AFTER CONSUMPTION INSIDE AND OUT OF THE HOME, I HAVE BEEN PLACED UNDER MORE INVESTIGATIONS, STILL NO ASSISTANCE AND NO RELIEF FROM THIS DOMESTIC TERRORISM.

V. CLAIMS

CLAIMS # 1

PARA # 1-6  PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL OF THE PARAGRAPHS ABOVE.

PLAINTIFF HAS A CLAIM UNDER TITLE 18 U.S.C. SECTION 241 - 242 FOR VIOLATION OF THE FOLLOWING FEDERAL CONSTITUTIONAL AND STATUTORY CIVIL RIGHTS, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 state constitution give Each citizen an Inalienable right to pursue and obtain Privacy, UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE 7, 8, 12, FOURTH AND FOURTEENTH AMENDMENT.

THE ABOVE CIVIL RIGHTS WAS VIOLATED BY THE FOLLOWING DEFENDANTS FRANK TREVINO, CREATE AND SECURITY INDUSTRY SPECIALIST INC.

List of Facts supporting claim,

PARA # 5 FRANK TREVINO WILLFULLY, KNOWINGLY AND
*Pg 11 Lines 16-26*
MALICIOUSLY SOLICITATED CREATE, SECURITY INDUSTRY SPECIALIST INC AND STREET GANG MEMBERS TO PARTICIPATE IN THE VIOLATION OF TITLE 18 U.S.C SECTION 2331 DEFINITIONS (5)(A)(B)(1)(2)(C), 2005 CA PC 11417(7)(b), 11418.5(b), 11419(b)(5) DOMESTIC TERRORISM VIOLATING MY CIVIL RIGHTS, FEDERAL AND STATUTORY RIGHTS, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1, UNIVERSAL DECLARATION OF HUMAN RIGHTS FOURTEENTH AMENDMENT.

CLAIM # 2

PARA #3 FRANK TREVINO AND PARTIES NAMED IN THIS COMPLAINT WILLFULLY, KNOWINGLY AND MALICIOUSLY ENGAGED IN THE VIOLATION OF CA PC SECTION 647(j)(3), CA PC 632 pc SURVEILLANCE, CA PC 646.9(1.1)(1.2)(1.3)(1.4)(1.5) STALKING / HARASSMENT, CA PC SECTION 347 CONTAMINANTS AND PC 530.5e MAIL TAMPERING A VIOLATION OF MY CIVIL RIGHTS, FEDERAL AND STATUTORY RIGHTS, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1 State constitution gives each citizen an Inalienable right to Pursue and obtain Privacy, UNIVERSAL DECLARATION OF HUMAN RIGHTS AND THE FOURTEENTH AMENDMENT.

CLAIM # 3

PARA # 3    FRANK TREVINO AND NAMED PARTIES WILLINGLY, KNOWINGLY AND MALICIOUSLY ENGAGED IN THE VIOLATION OF CAHPTER 5 484 – 502.9(b)(1)(1)(3)(4)(8)(14)(15)(b)(C)(1)(4)(5)(6) CYBER CRIMES, CA PC 459 BREAKING AND ENTERING AND PENAL CODE 594 VANDALISM VIOLATING MY CIVIL RIGHTS, FEDERAL AND STATUTORY RIGHTS, CALIFORNIA CONSTITUTIONAL ARTICLE 1 SECTION 1, state constitution gives Each citizen an Inalienable right to pursue and obtain Privacy, UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE 7, 8, 12 AND FOURTEENTH AMENDMENT.

CLAIM # 4

PARA # 5  FRANK TREVINO AND NAMED PARTIES WILLINGLY, KNOWING, AND MALICIOUSLY ENGAGED IN VIOLATION OF CHAPTER 8 . 182 (a)(1) CONSPIRACY, THEREFORE, VIOLATING MY CIVIL RIGHTS, FEDERAL, STATUTORY RIGHTS, DECLARATION OF HUMAN RIGHTS AND FOURTEENTH AMENDMENT.

CLAIM # 5

PARA # 6  FRANK TREVINO WILLINGLY, KNOWINGLY, AND MALICIOUSLY
*pg 12. line 17-25*
ENGAGED IN CA PC 653f SOLICITATION AND CIV. CODE SECTION 45, 46(2)(3)(1)(a) SLANDER WHICH IS A VIOLATION OF MY CIVIL RIGHTS, FEDERAL, STATUTORY RIGHTS, UNIVERSAL DECLARATION OF HUMAN RIGHTS AND FOURTEENTH AMENDMENT.

CV-126 (09 09)  PLEADING PAGE FOR A COMPLAINT

## VI. REQUEST FOR RELIEF

1. WHEREFORE the Plaintiff request: IMMEDIATE, INDEFINITE AND PERMANENT PROTECTIVE AND RESTRAINING ORDERS AGAINST FRANK TREVINO, CREATE, SECURITY INDUSTRY SPECIALIST INC AND ALL CO-WORKERS, EMPLOYEES, FAMILY, FRIENDS, COLEAGUES AND ASSOCIATES OF ALL NAMED PARTIES.

2. IMMEDIATE RELOCATION OF MY FAMILY AND I, END TO ALL ACTIVITIES PERTAINING TO ALL ISSUES ROSE IN THIS COMPLAINT SURVEILLANCE, STALKING, CONTAMINANTS, CYBER CRIMES, ON LOCATION OPERATIVES, TAMPERING, PROPERTY DESTRUCTION, SLANDER, BREAKING AND ENTERING.

3. PUNTATIVE DAMAGES AND COMPENSATION FOR THE MANY YEARS WE HAVE SUFFERED EMOTIONAL, PSYCHOLOGICAL MENTAL AND PHYSICAL ABUSE.

4. I DEMAND A DOCUMENT OF RETRACKSION STATING FRANK TREVINO'S CLAIM OF MY ASSISTING HIM IN THE ARREST AND CONVICTION OF AN LOS ANGELES GANG MEMBER IS FALSE AND HAS NEVER BEEN TRUE.

*Brigitte Michelle Hurt Brown By*
07/09/21

CV-126 (09 09)                PLEADING PAGE FOR A COMPLAINT